184 So. 918

## MOORE–HANDLEY HARDWARE CO. et al. v. Ira M. PATTERSON.

### 6 Div. 358.

Court of Appeals of Alabama.
Nov. 15, 1938.

London & Yancey and Fred G. Koenig, Sr., all of Birmingham, for appellants.

Coleman, Spain, Stewart & Davies and H. H. Grooms, all of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

183 So. 924

## Gus MORELAND, Alias, v. STATE.

### 8 Div. 670.

Court of Appeals of Alabama.
May 24, 1938.

Rehearing Denied June 21, 1938.

Newton B. Powell, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Appeal from conviction of concealing stolen property.

Certiorari denied by Supreme Court in Moreland v. State, 236 Ala. 696, 183 So. 923.

Affirmed.

182 So. 925

## Edgar MORGAN v. STATE.

### 8 Div. 667.

Court of Appeals of Alabama.
June 14, 1938.

S. A. Lynne, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 925

## T. E. MORGAN v. STATE.

### 8 Div. 668.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.

177 So. 923

## Curtis MORRIS v. STATE.

### 5 Div. 36.

Court of Appeals of Alabama.
Nov. 23, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.